1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile       (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 | WILLIAM HELM, DEBORAH PRISE, | ) | No.  CV 08-01184 SI |
15 | HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) | |
16 | | ) | **[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS** |
17 | Plaintiffs, | ) ) ) | |
18 | vs. | ) ) | |
19 | ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
26 | | ) | |
27 | Defendants. | ) | |

28 [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
   REQUIREMENTS                                                               1

   Case No.:  CV 08-01184 SI

1
2        Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
3   counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
4   Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
5   L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
6   postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
7   the U.S. District Court for the Western District of Pennsylvania.  The court will set a new date for
8   compliance with the aforementioned ADR requirements at the time of the initial Case Management
9   Conference which will be held on July 25, 2008 at 2:00 p.m.
10
11       **IT IS SO ORDERED.**
12
13   Dated:_____                    _____
14                                                Honorable Susan Illston
15                                                United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                              2

Case No.:  CV 08-01184 SI