1   STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, SB# 125118
    JOHN A. MASON, ESQ. SB# 166996
3   GURNEE & DANIELS LLP
    2240 Douglas Boulevard, Suite 150
4   Roseville, CA  95661-3805
    Telephone     (916) 797-3100
5   Facsimile     (916) 797-3131

6   Attorneys for Defendants

7   ALDERWOODS GROUP, INC., PAUL
    HOUSTON, SERVICE CORPORATION
8   INTERNATIONAL, SCI FUNERAL AND
    CEMETERY PURCHASING COOPERATIVE,
9   INC., SCI EASTERN MARKET SUPPORT
    CENTER, L.P., SCI WESTERN MARKET
10  SUPPORT CENTER, L.P. and SCI HOUSTON
    MARKET SUPPORT CENTER, L.P.
11

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16

17  WILLIAM HELM, et al., on behalf of        )   CASE NO.  3:08-cv-01184  SI
    themselves and all other employees and former )
18  employees similarly situated,             )
                                              )   [PROPOSED] ORDER CONTINUING
19                                            )   HEARING ON MOTIONS TO DISMISS
                    Plaintiffs,               )   AND SCHEDULING MOTION TO
20          vs.                               )   COMPEL
                                              )
21  ALDERWOODS GROUP, INC. et al.             )
                                              )
22                  Defendants.               )
                                              )
23  _____  )

24

25          Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as

26  follows:

27          1.      Defendants shall serve supplemental responses to Interrogatories Nos. 4-11, 14-15,

28  [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
    SCHEDULING MOTION TO COMPEL                                              1
    Case No.:  3:08-CV-01184 SI

1    17-19, and 21-23 and to Document Requests Nos. 2-9, 12-13, 15-17, 19-21, as well as any other
2    supplemental responses Defendants intend to provide, on or before January 23, 2009.

3         2.     Following such production, the parties will meet and confer and, no later than
4    January 30, 2009, will submit a joint report notifying the Court either that Plaintiffs intend to file a
5    Motion to Compel or submitting a proposal as to when the Motions to Dismiss should be heard.

6         3.     Should Plaintiffs elect to file a Motion to Compel, the Court will hear argument on
7    Plaintiffs' Motion to Compel on March 20, 2009, or on such other date as the Court shall
8    determine.

9         4.     Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing
10   date, Defendant's opposition shall be due not less than 21 days before the hearing date, and
11   Plaintiffs' reply shall be due not less than 14 days before the hearing date.

12        5.     The hearing on Defendants' Motions to Dismiss and the Further Case Management
13   Conference, both of which are currently scheduled for February 20, 2009, shall be continued to a
14   date to be determined at the hearing on any Motions to Compel.    Hearings continued to 3/20/09

15

16   **IT IS SO ORDERED:**

17   _____
18        The Honorable Susan Illston

19   **AGREED TO:**

20

21   /s/ Annette Gifford _____     /s/ Nicholas P. Forestiere _____
     Dolin, Thomas & Solomon LLP      Gurnee & Daniels LLP
22   693 East Avenue      2240 Douglas Boulevard, Suite 150
     Rochester, New York 14607      Roseville, California 95661
23   Telephone: (585) 272-0540      Telephone: (916) 797-3100

24   Attorneys for Plaintiffs      Attorneys for Defendant Service Corporation
25        International

26

27

28   [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
     SCHEDULING MOTION TO COMPEL                2
     Case No.: 3:08-CV-01184 SI