1   STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, SB# 125118
    GURNEE & DANIELS LLP
3   2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
4   Telephone     (916) 797-3100
    Facsimile     (916) 797-3131
5
    Attorneys for Defendants
6   ALDERWOODS GROUP, INC., PAUL HOUSTON
    SERVICE CORPORATION INTERNATIONAL,
7   SCI FUNERAL AND CEMETERY PURCHASING
    COOPERATIVE, INC., SCI EASTERN MARKET
8   SUPPORT CENTER, L.P., SCI WESTERN MARKET
    SUPPORT CENTER, L.P., and SCI HOUSTON
9   MARKET SUPPORT CENTER, L.P.

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14   WILLIAM HELM, DEBORAH PRISE,          )   No.  CV 08-01184 SI
     HEATHER P. RADY, et al., on behalf of )
15   themselves and all other employees and former )
     employees similarly situated,        )   **[PROPOSED] ORDER CONTINUING**
16                                          )   **DATE FOR CASE MANAGEMENT**
17                Plaintiffs,              )   **CONFERENCE**
                                            )
18        vs.                              )
                                            )
19   ALDERWOODS GROUP, INC., PAUL A.       )
20   HOUSTON, SERVICE CORPORATION          )
     INTERNATIONAL, SCI FUNERAL AND        )
21   CEMETERY PURCHASING                   )
     COOPERATIVE, INC., SCI EASTERN        )
22   MARKET SUPPORT CENTER, L.P., SCI      )
23   WESTERN MARKET SUPPORT CENTER,        )
     L.P., a/k/a SCI WESTERN MARKET        )
24   SUPPORT CENTER, INC., and SCI         )
     HOUSTON MARKET SUPPORT CENTER,        )
25   L.P.                                  )
                                            )
26                Defendants.              )
27

28   [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                    1

     Case No.:  CV 08-01184 SI

Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this Court.

**IT IS SO ORDERED.**

Dated:_____

Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
2

Case No.:  CV 08-01184 SI